**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| REDA ASAAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02257-TLP-cgc |
| v. | ) | |
| | ) | |
| TRINITY MINTER, BRIAN ACUNIA, | ) | |
| TODD LYONS, MARKWAYNE MULLIN, | ) | |
| and PAMELA BONDI,[1] | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE, DIRECTING THE CLERK
TO SERVE PETITION, AND GRANTING LEAVE TO APPEAR PRO HAC VICE**

Petitioner Reda Fares Ryad Asaad, a noncitizen detained in the Western District of Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

---

[1] Chistopher Bullock is the current Field Office Director at the U.S. Immigrations and Customs Enforcement New Orleans Field Office.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).  So the Court respectfully DIRECTS the Clerk to modify the docket to reflect "Christohper Bullock" as Respondent.

1

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing on or before close of business on Wednesday, March 25, 2026, why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on Monday, March 30, 2026. If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the reply.

If necessary, the Court will set a hearing by separate order. *See* 28 U.S.C. § 2243.

Petitioner also moves for leave for Attorney Sherif Bishara to appear pro hac vice. (ECF No. 6.) The Court finds that Attorney Bishara has met Local Rule 83.5(b)'s requirements. Accordingly, the Court **GRANTS** the Motion and admits Attorney Bishara pro hac vice on Defendants' behalf.

**SO ORDERED**, this 18th day of March, 2026.

       s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

2